THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:25-cv-00021-MR-WCM

| | |
|---|---|
| KAREN PEAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF ASHEVILLE, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the City of Asheville's (the "Defendant") Motion to Dismiss [Doc. 3]; the Magistrate Judge's Memorandum and Recommendation [Doc. 6] regarding the disposition of the Motion to Dismiss; and Karen Peay's (the "Plaintiff") Objection to the Magistrate Judge's Memorandum and Recommendation [Doc. 8].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition. On September 12, 2025, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the Motion to Dismiss be granted, that the federal law claims be dismissed with prejudice, and that the Court declines to exercise

supplemental jurisdiction over the state law claims. [Doc. 6]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 17]. The Plaintiff filed her Objection on October 10, 2025. [Doc. 8].

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and are consistent with current case law. Accordingly, the Court overrules the Objection and accepts the Magistrate Judge's recommendations that the Motion to Dismiss be granted.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 6] is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Doc. 3] is **GRANTED**, and the Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims, and such claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 31, 2025

Martin Reidinger
Chief United States District Judge